```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN  DIVISION


JOSEPH ALLEN, ET AL.                              PLAINTIFFS


VS.                                   CIVIL ACTION NO. 4:02cv38LN


KENTUCKY FINANCE COMPANY, INC., ET AL.            DEFENDANTS
```

## JUDGMENT

Based on the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 28th day of March, 2006.


                                         /s/ Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE